# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GABRIEL ANTONIO S.U.,[1]
(A Number: 220-893-773)

Petitioner,

v.

WARDEN, *California City Correctional Facility*, et al.,

Respondents.

Case No. 1:26-cv-05816-JLT-EGC (HC)

**ORDER APPOINTING COUNSEL EXTENDING DEADLINE TO OPPOSE FINDINGS AND RECOMMENDATIONS**

(Doc. 7)

Gabriel Antonio S.U. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 17, 2026, Scott K. Wilson, a Federal Public Defender in the District of Utah who represented Petitioner in a prior action in that district requested to be appointed counsel. (Doc. 7). Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." *See* Rule 8(c), Rules Governing Section 2254 Cases. The Court is also in receipt of Respondents' objections. (Doc. 9).

In the present case, the Court finds that the interests of justice require the appointment of counsel at the present time given the complexity of the legal issues involved and Counsel's prior representation of Petitioner.

Accordingly, the Court HEREBY ORDERS:

---

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits Petitioner's full name, using only their first name and last initial, to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1. Scott K. Wilson is hereby APPOINTED as Counsel for Petitioner.
2. Because Counsel is not admitted to practice before the Eastern District of California, he is directed to file an application to proceed Pro Hac Vice.
3. The Clerk SHALL serve a copy of the Petition upon the Federal Defender.
4. The objections period by which the parties are to file any objections to the pending findings and recommendations issued on August 13, 2026, (Doc. 6), is hereby EXTENDED. Objections are due by no later than September 9, 2026.

IT IS SO ORDERED.

Dated: **August 19, 2026**

UNITED STATES MAGISTRATE JUDGE