UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ANTONIO S.U.,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, *California City Correctional Facility*, et al.,<br><br>Respondents. | No. 1:26-cv-05816 JLT EGC (HC)<br><br>A-Number: 220-893-773<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING THE PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Docs. 1, 6) |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On August 13, 2026, the magistrate judge issued findings and recommendations that the petition for writ of habeas corpus be denied for failure to exhaust administrative remedies. (Doc. 6.) On September 10, 2026, Petitioner filed timely objections, (Doc. 11), to which Respondent replied. (Doc. 13.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on September 6, 2026 (Doc. 6) are **ADOPTED IN FULL**.
2. The petition for writ of habeas corpus is **DENIED**.

3. The Clerk of Court is directed to **CLOSE THE CASE**.

IT IS SO ORDERED.

Dated: _October 20, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE